NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD CECIL STROUD, | ) | No. C 09-05246 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| SGT. BROWN, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 8, 2009. The matter was transferred to this Court on November 12, 2009. On November 16, 2009, the clerk of the Court sent a notification to Petitioner that the petition was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 5.) Petitioner was informed that failure to respond within thirty days of the notice would result in the dismissal of this action. The deadline as since passed, and Petitioner has failed to respond.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or file a completed in forma pauperis application.

IT IS SO ORDERED.

Dated: 3/1/10

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.09\Stroud05246_dism-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD CECIL STROUD,

        Petitioner,

  v.

BROWN,

        Respondent.

Case Number: CV09-05246 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/2/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Cecil Stroud C-30783
CALIFORNIA STATE PRISON, SACRAMENTO (290066)
P.O. BOX 290066
REPRESA, CA 95671-0066

Dated: 3/2/10

                                            Richard W. Wieking, Clerk